# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ICARUS HARMON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RAPIDCOURT, LLC, | : | No. 17-5688 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **20th** day of **November, 2018**, upon consideration of Defendant's Motion to Dismiss Amended Complaint, Plaintiff's response, Defendant's reply, and for the reasons provided in the Court's Memorandum dated November 20, 2018, it is **ORDERED** that:

1. The motion (Document No. 23) is **GRANTED**.

2. Counts I and II of the Amended Complaint are dismissed with prejudice in their entirety. The claim under the Fair and Accurate Credit Transaction Act in Count III is dismissed with prejudice.

3. The only remaining claim is the Fair Credit Reporting Act claim in Count III of the Amended Complaint.

                                          **BY THE COURT:**

                                          _/s/ Berle M. Schiller_

                                          **Berle M. Schiller, J.**